**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **SHANICE WILLIAMS** | : | **CASE NO.  2:24-cv-01442** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **SOUTHWEST LOUISIANA CHARTER ACAD FOUND INC ET AL** | : | **MAGISTRATE JUDGE LEBLANC** |

**<u>JUDGMENT</u>**

Before the court is a Report and Recommendation [Doc. 9] of the Magistrate Judge, recommending that the Motion to Remand and Motion for Attorney Fees [doc. 4] filed by plaintiff be granted.

The Report and Recommendation of the Magistrate Judge having been considered, together with the Response to Report and Recommendations [doc. 10], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 4] be **GRANTED** and the instant case be **REMANDED** to the state court from which it was removed.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees is **GRANTED**. However, as defendant Southwest Louisiana Charter Academy Foundation Inc. ("SLCAF") noted it does not object to plaintiff's request for $1,450.00 in attorney fees [doc. 10] as proposed in the Motion to Remand [doc. 4, att. 1, pp. 10-11], plaintiff need not file a statement of fees and costs incurred in filing this motion.  Accordingly, SLCAF shall pay plaintiff $1,450.00 for "just costs and any actual expenses, including attorney fees, incurred as a result of the removal."

THUS DONE AND SIGNED in Chambers on this 15th day of October, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**